ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6166
Facsimile: (213) 894-7177
E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

E-FILED 12/16/11
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

$381,996.05 IN U.S. CURRENCY,

Defendant.

EMPIRE CERTIFIED COLLISION PARTS, INC.,

Claimant.

NO. CV 11-8313 PSG (Ex)

[~~PROPOSED~~]

**CONSENT JUDGMENT OF FORFEITURE**

This action was filed on October 6, 2011. Notice was given and published in accordance with law. No claims or answers have been filed. Plaintiff has reached an agreement with claimant Empire Certified Collision Parts, Inc. ("Claimant"), from whom the defendant money was seized, that is dispositive of the

action. The parties have requested that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant other than Claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $65,000.00 of the defendant, and no other person or entity shall have any right, title or interest therein. The government shall dispose of said property in accordance with law.

4. The remainder of the defendant shall be returned to Claimant, without interest, in care of Claimant's counsel. Claimant shall provide the government with all information necessary to facilitate the payment called for herein, including any information necessary to satisfy the requirements of the Treasury Offset Program, within 10 days of the government's request for such information.

5. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of Department of Homeland Security, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys'

fees, costs or interest which may be asserted on behalf of the Claimant.

6. The Court finds that there was reasonable cause for the seizure of the defendant assets and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own costs and fees

DATED: 12/19, 2011

PHILIP S. GUTIERREZ

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: ~~November~~ December 16, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: November 26, 2010

BINGHAM McCUTCHEN LLP

NATHAN J. HOCHMAN

Attorneys for Claimant
Empire Certified Collision Parts, Inc.

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On December 16, 2011, I served a [PROPOSED] CONSENT JUDGMENT OF FORFEITURE on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: Nathan J. Hochman, Esq.**
**Bingham McCutchen LLP**
**North Tower**
**1620 26th St., 4th Fl**
**Santa Monica, CA 90404**

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: December 16, 2011 at Los Angeles, California.

**TINA KELESHYAN**